■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v RODNEY YOUNG, Appellant. [700 NYS2d 155] —Judgment, Supreme Court, New York County (Marcy Kahn, J.), rendered February 10, 1998, convicting defendant, after a jury trial, of robbery in the second degree, and sentencing him, as a second violent felony offender, to a term of 9 years, unanimously affirmed.

Defendant's motion to set aside the verdict on the ground of juror misconduct was properly denied. The procedure employed

by the jurors was a visualization of evidence in the record, based on everyday experience, and was performed in the confines of the jury deliberation room. This was not a contrived experiment, and there was no outside influence intruding on the jury's deliberations (*compare, People v Smith*, 59 NY2d 988, *with People v Brown*, 48 NY2d 388, 393-394; *see also, People v Lennon*, 223 AD2d 403, *lv denied* 87 NY2d 1021). Concur—Ellerin, P. J., Wallach, Lerner, Andrias and Saxe, JJ.